3/5/08

# UNITED STATES DISTRICT COURT

## FOR THE

ORIGINAL

### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA                    :

       v.                                                      :

                                        08 Cr.

JOSE R. MORALES,                                  :

               **Defendant.**           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       **JOSE R. MORALES,** the above-named defendant, who is accused of violating

Title 18, United States Code, Section 1029(b)(2), having been advised of the nature of the charge

and of his rights, hereby waives in open court prosecution by indictment and consents that the

proceeding may be by information instead of by indictment.

_____
                        Defendant

_____
                        Counsel for Defendant

Date:  White Plains, New York
         March 5, 2008