

U.S. Department of Justice

United States Attorney
Southern District of New York



United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

March 6, 2008

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>**United States v. Jose T. Morales**</u>, **08 Cr. 185 (KMK)**

Dear Judge :

    As discussed with Your Honor's Deputy, the defendant in the above referenced matter was arraigned on March 5, 2008 and an initial conference before Your Honor has been scheduled for March 25, 2008 at 2:15 p.m.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between March 5, 2008 and March 25, 2008. This will permit the Government and the defense to have discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Anna M. Skotko
Assistant United States Attorney
(914) 993-1939

cc:    Harvey Slovis, Esq. (By Fax)

Time is excluded from March 6, 2008 until March 25, for the reasons stated in this letter. See 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
3/6/08