U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 20, 2008

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: __  _____            │
│ DATE FILED: _____          │
└─────────────────────────────────┘
```

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:     **United States v. Jose T. Morales, 08 Cr. 185 (KMK)**

Dear Judge Karas:

Pursuant to the defense counsel's request, the conference in the above-referenced matter has been adjourned from May 20, 2008, to May 27, 2008, at 11:00 a.m. The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between May 20, 2008 and May 27, 2008. This will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By:     Anna M. Skotko
Assistant United States Attorney
(914) 993-1939

cc:     Harvey Slovis, Esq. (By Fax)

*Application is granted. Time is excluded from May 20, 2008 until May 27, 2008, in the interests of justice, so that the parties may continue their discussions toward resolution of this case.*

*SO ORDERED.*

*KENNETH M. KARAS U.S.D.J.*

*5/20/08*